LAWYERS FOR JUSTICE, PC
EDWIN AIWAZIAN (CA SBN 232943)
ARBY AIWAZIAN (CA SBN 269827)
TARA ZABEHI (CA SBN 314706)
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:     (818) 265-1020
Facsimile:     (818) 265-1021
edwin@calljustice.com
arby@calljustice.com
tara@lfjpc.com
Attorneys for Plaintiff Sheila Kincaid

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (CA SBN 117213)
CYNTHIA C. CHEUNG (CA SBN 320767)
601 Montgomery Street, Suite 1900
San Francisco, California 94111
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
cjh@dillinghammurphy.com
ccc@dillinghammurphy.com

Attorneys for Defendants
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION and
ECMC GROUP

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA KINCAID, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, an unknown business entity; ECMC GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br>Defendants. | Case No. 2:21−CV−00863−TLN−JDP<br><br>**JOINT STIPULATION TO STAY DISCOVERY; ORDER**<br><br>Complaint Filed: February 26, 2021<br>Trial Date: None Set<br>District Judge: Hon. Troy L. Nunley |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Sheila Kincaid and Defendants Educational Credit Management Corporation and ECMC Group ("Defendants") (together, the "Parties") respectively submit the following Joint

Stipulation as follows:

WHEREAS, on February 26, 2021, Plaintiff filed her original Class Action Complaint ("Complaint") in the Superior Court of the State of California for the County of Sacramento, Case No. 34-2021-00295336 (the "State Court Action"), asserting the following ten causes of action on a class-wide basis: (1) Unpaid Overtime; (2) Unpaid Meal Period Premiums; (3) Unpaid Rest Period Premiums; (4) Unpaid Minimum Wages; (5) Final Wages Not Timely Paid; (6) Wages Not Timely Paid During Employment; (7) Non-Compliant Wage Statements; (8) Failure to Keep Requisite Payroll Records; (9) Unreimbursed Business Expenses; and (10) Violation of California Business & Professions Code sections 17200 et seq.

WHEREAS, on May 12, 2021, Defendants removed the State Court Action to this Court.

WHEREAS, on June 11, 2021, Plaintiff filed a motion to remand this action to California state court. Defendants filed an opposition to the motion to remand on July 8, 2021. Plaintiff filed a reply on July 15, 2021. A ruling on the motion has not been issued.

WHEREAS, on or about November 17, 2021, Plaintiff served on Defendants various written discovery requests and deposition notices.

WHEREAS, pursuant to this Court's Initial Pretrial Scheduling Order dated May 13, 2021, all discovery in this matter must be completed by February 4, 2022.

WHEREAS, the Parties have agreed to attend a private mediation on May 20, 2022, with an experienced wage-and-hour class action mediator, the Honorable Howard Broadman, in an effort to resolve Plaintiff's claims on a class-wide basis, and have agreed to exchange documents, records, and other information involving a sampling of the putative class to facilitate potential resolution.

WHEREAS, in order to avoid the expense of conducting formal discovery pending potential resolution, and in order to allow the Parties to focus their time, efforts, and resources on mediation, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORDS, THAT:

1. All discovery in this matter against or by Plaintiff or Defendants be stayed through the conclusion of the private mediation before the Honorable Howard Broadman scheduled for May 20, 2022.

2. If resolution of this case is not reached by the conclusion of the mediation, the Parties agree that all pending discovery need not be re-served and that the Parties will meet and confer in good faith as to what new deadlines, if any, should be reset as to all pending discovery.

3. The Parties agree that they will request that the Court extend the deadline for the completion of discovery to December 23, 2022.

4. The Parties agree that they will request that the Court extend the deadline for the designation of expert witnesses to February 21, 2023.

5. The Parties agree that they will request that the Court extend the deadline for the designation of any supplemental list of expert witnesses to March 23, 2023.

6. The Parties agree that they will request that the Court extend the deadline to file dispositive motions to June 22, 2023.

**IT IS SO STIPULATED.**

LAWYERS FOR JUSTICE, PC
TARA ZABEHI

Date: December 10, 2021     By: /s/ Tara Zabehi (as authorized on 12/10/21)
                                Attorneys for Plaintiff Sheila Kincaid

DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY
CYNTHIA C. CHEUNG

Date: December 10, 2021     By: /s/ Cynthia C. Cheung
                                Attorneys for Defendants
                                Educational Credit Management Corporation
                                and ECMC Group

# ORDER

The Court, having received and reviewed the foregoing Joint Stipulation to Stay Discovery, and good cause appearing, hereby GRANTS the Parties' joint request and ORDERS the following:

1. All discovery in this matter against or by Plaintiff or Defendants be stayed through the conclusion of the private mediation before the Honorable Howard Broadman scheduled for May 20, 2022.

2. If resolution of this case is not reached by the conclusion of the mediation, all pending discovery need not be re-served and the Parties shall meet and confer in good faith as to what new deadlines, if any, should be reset as to all pending discovery.

3. The deadline for the completion of discovery shall be extended to December 23, 2022.

4. The deadline for the designation of expert witnesses shall be extended to February 21, 2023.

5. The deadline for the designation of any supplemental list of expert witnesses shall be extended to March 23, 2023.

6. The deadline to file dispositive motions shall be extended to June 22, 2023.

**IT IS SO ORDERED.**

Dated: December 13, 2021

Troy L. Nunley
United States District Judge