| | |
|---|---|
| LAWYERS FOR JUSTICE, PC<br>EDWIN AIWAZIAN (CA SBN 232943)<br>ARBY AIWAZIAN (CA SBN 269827)<br>TARA ZABEHI (CA SBN 314706)<br>410 West Arden Avenue, Suite 203<br>Glendale, California 91203<br>Telephone:   (818) 265-1020<br>Facsimile:   (818) 265-1021<br>edwin@calljustice.com<br>arby@calljustice.com<br>tara@calljustice.com<br>Attorneys for Plaintiff Sheila Kincaid | DILLINGHAM & MURPHY, LLP<br>CARLA J. HARTLEY (CA SBN 117213)<br>CYNTHIA C. CHEUNG (CA SBN 320767)<br>155 Sansome Street, Suite 700<br>San Francisco, California 94104<br>Telephone:   (415) 397-2700<br>Facsimile:   (415) 397-3300<br>cjh@dillinghammurphy.com<br>ccc@dillinghammurphy.com<br><br>Attorneys for Defendants<br>EDUCATIONAL CREDIT<br>MANAGEMENT CORPORATION and<br>ECMC GROUP |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA KINCAID, individually, and on behalf of other members of the general public similarly situated;<br><br>          Plaintiff,<br><br>    vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, an unknown business entity; ECMC GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br>          Defendants. | Case No. 2:21−CV−00863−TLN−JDP<br><br>**NOTICE OF OBJECTIONS TO AMENDED PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: February 26, 2021<br>Trial Date: None Set<br>District Judge: Troy L. Nunley |

   The parties hereto hereby object to the Court's Amended Pretrial Scheduling Order dated July 18, 2022 (ECF 22) and respectfully request the following changes to deadlines:

   1. The deadline for Defendants to file their opposition to Plaintiff's motion for class certification shall be 30 days after service of the motion.

2. The deadline for Plaintiff to file her reply in support of her motion for class certification shall be 21 days after service of Defendants' opposition.

3. The deadline for taking the depositions of any person submitting a declaration in support of or opposition to Plaintiff's motion for class certification shall be the same as the deadline for plaintiff to file her reply.

          Respectfully Submitted
          LAWYERS FOR JUSTICE, PC
          TARA ZABEHI

Date: August 1, 2022    By:   /s/ Tara Zabehi
          Attorneys for Plaintiff Sheila Kincaid

          DILLINGHAM & MURPHY, LLP
          CARLA J. HARTLEY
          CYNTHIA C. CHEUNG

Date: August 1, 2022    By:   /s/ Cynthia C. Cheung
          Attorneys for Defendants
          Educational Credit Management Corporation
          and ECMC Group

## **ORDER**

It is hereby ordered that the Court's July 18, 2022 Amended Pretrial Scheduling Order shall be modified to reflect the above deadlines.

**IT IS SO ORDERED.**

Dated: August 3, 2022

          Troy L. Nunley
          United States District Judge