Edwin Aiwazian (Cal. State Bar No. 232943)
edwin@calljustice.com
Arby Aiwazian (Cal. State Bar No. 269827)
arby@calljustice.com
Tara Zabehi (Cal. State Bar No. 314706)
tara@calljustice.com
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd., Suite 900
Glendale, California 91203
Tel.: (818) 265-1020 / Fax: (818) 265-1021

Attorneys for Plaintiff Sheila Kincaid and the Class

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA KINCAID; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION, an unknown business entity; ECMC GROUP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21−CV−00863−TLN−JDP<br><br>Honorable Troy L. Nunley<br><br>**STIPULATION TO REMAND ACTION TO STATE COURT; ORDER**<br><br><br>Complaint Filed:  February 26, 2021<br>Trial Date:       None Set |

Jill J. Parker (Cal. State Bar No. 274230)
jill@parkerminne.com
S. Emi Minne (Cal. State Bar No. 253179)
emi@parkerminne.com
**PARKER & MINNE, LLP**
700 S. Flower Street, Suite 1000
Los Angeles, California 90017
Tel.: (310) 882-6833 Fax: (310) 889-0822

Attorneys for Plaintiff Sheila Kincaid and the Class

**DILLINGHAM & MURPHY, LLP**
CARLA J. HARTLEY (CA SBN 117213)
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone:            (415) 397-2700
Facsimile: (415) 397-3300
cjh@dillinghammurphy.com
ccc@dillinghammurphy.com

Attorneys for Defendants
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION and
ECMC GROUP

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Sheila Kincaid ("Plaintiff") and Defendants Educational Credit Management Corporation and ECMC Group ("Defendants") (together, the "Parties") respectively submit the following Joint Stipulation as follows:

WHEREAS, on February 26, 2021, Plaintiff filed her original Class Action Complaint ("Complaint") in the Superior Court of the State of California for the County of Sacramento, Case No. 34-2021-00295336 (the "State Court Action"), asserting the following ten causes of action on a class-wide basis: (1) Unpaid Overtime; (2) Unpaid Meal Period Premiums; (3) Unpaid Rest Period Premiums; (4) Unpaid Minimum Wages; (5) Final Wages Not Timely Paid; (6) Wages Not Timely Paid During Employment; (7) Non-Compliant Wage Statements; (8) Failure to Keep Requisite Payroll Records; (9) Unreimbursed Business Expenses; and (10) Violation of California Business & Professions Code sections 17200 et seq.;

WHEREAS, on May 12, 2021, Defendants removed the State Court Action to this Court;

WHEREAS, on May 20, 2022, the Parties participated in a private mediation and were unable to settle this case;

WHEREAS, the Parties conducted significant pre-certification discovery, including written discovery consisting of interrogatories, requests for admission, requests for production of documents, as well as party depositions, expert depositions, and percipient witness depositions;

WHEREAS, on March 29, 2024, the Court certified a class in this case;

WHEREAS, following the Court's class certification ruling, the Parties agreed to attend a second mediation before Monique Ngo-Bonnici, an experienced wage-and-hour-class action mediator, on April 14, 2025;

WHEREAS, with the aid of the mediator's evaluations and under the auspices of the mediator, the Parties have reached a settlement, which, if granted court approval, will resolve the Action in its entirety;

WHEREAS, after meeting and conferring, the Parties have agreed that the appropriate jurisdiction for approval of the settlement in this Action is the Superior Court for the State of California, County of Sacramento and that remand of this action is in the interest of judicial efficiency and cost

1  savings;

2      IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND
3  THROUGH THEIR COUNSEL OF RECORD, THAT:

4      The Action shall be remanded to the Superior Court for the State of California, County of
5  Sacramento.

6  **IT IS SO STIPULATED.**

7  Dated: July 1, 2025          **PARKER & MINNE, LLP**

8      By: /s/ Jill J. Parker
9          Jill J. Parker
        Attorneys for Plaintiff and the Class

10
11  Dated: July 1, 2025          **DILLINGHAM & MURPHY, LLP**

12      By: /s/ Carla J. Hartley
        Carla J. Hartley
13          Attorneys for Defendants

**ORDER**

The Court, having received and reviewed the foregoing Joint Stipulation to Remand Action to State Court, and good cause appearing, hereby GRANTS the Parties' joint request and ORDERS the following:

This action, Eastern District of California Case No. 2:21−CV−00863−TLN−JDP, is hereby remanded to the Superior Court of California, County of Sacramento, Case No. 34-2021-00295336; and

In the event the Sacramento Superior Court does not enter a judgment and order granting final approval of the Parties' settlement and the Parties file a stipulation to remove the case again to this Court, the Court shall reopen the current case.

**IT IS SO ORDERED.**

Dated: July 1, 2025

_____
Troy L. Nunley
Chief United States District Judge